DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM ANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,            )<br>                                )<br>     v.                         )<br>                                )<br> WILLIAM ANSON,                  )<br>                                )<br>          Defendant.            )<br>                                )<br> _____) | MAG. 09-151-GGH<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 26, 2009<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Gregory G. Hollows |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, WILLIAM ANSON, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for Wednesday, August 26, 2009, be vacated and continued to Wednesday, September 23, 2009 at 2:00 p.m. for change of plea and sentencing.  The parties will file sentencing memoranda by September 21, 2009.

///

///

1   The reason for this continuance is to allow the parties to file
2 written memoranda prior to sentencing.
3
4 DATED: August 24, 2009          Respectfully submitted,
5                                 DANIEL J. BRODERICK
                                  Federal Defender
6
                                  /S/ Lauren D. Cusick
7                                 LAUREN D. CUSICK
                                  Assistant Federal Defender
8                                 Attorney for Defendant
                                  WILILAM ANSON
9
10
11 DATED: August 24, 2009         LAWRENCE G. BROWN
                                  United States Attorney
12
                                  /S/Matthew Stegman
13                                MATTHEW STEGMAN
                                  Assistant U.S. Attorney
14                                Attorney for Plaintiff
15
16
                                 **O R D E R**
17
   **IT IS SO ORDERED.**
18
   DATED: August 28, 2009.         /s/ Gregory G. Hollows
19                                 GREGORY G. HOLLOWS
                                   United States Magistrate Judge
20 anson.ord
21
22
23
24
25
26
27
28

2